Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-420-489

**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 04, 2024

---

## Title

**Title of Work:** Jp2093_ Feather Plumes-A

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** October 28, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Jean Ann Plout
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

---

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 12, 2024
**Applicant's Tracking Number:** JP2024091215

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-420-846

**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 05, 2024

---

## Title

**Title of Work:** Watercolor Teacups- A

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** January 05, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Jean Ann Plout
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 12, 2024
**Applicant's Tracking Number:** JP2024091237



# Certificate of Registration

 

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-421-420

**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 07, 2024

---

## Title

**Title of Work:** JP3633_Inspirational Butterflies-hope

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** August 19, 2012
**Nation of 1st Publication:** United States

## Author

* **Author:** Jean Ann Plout
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 12, 2024
**Applicant's Tracking Number:** JP2024091232

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-420-664**

**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 04, 2024

---

## Title

**Title of Work:** Jp3041-Italian Chefs-61215

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** June 12, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Jean Ann Plout
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 12, 2024
**Applicant's Tracking Number:** JP2024091221



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-421-386

**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 07, 2024

## Title

**Title of Work:** Country Garden Sign-B

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** June 01, 2017
**Nation of 1st Publication:** United States

## Author

**Author:** Jean Ann Plout
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 12, 2024
**Applicant's Tracking Number:** JP2024091209

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-423-091

**Effective Date of Registration:**
October 17, 2024
**Registration Decision Date:**
November 25, 2024

---

## Title

**Title of Work:** Blueberry Pie- Vintage Sign

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** October 12, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Jean Ann Plout
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

---

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** October 17, 2024
**Applicant's Tracking Number:** JP2024101701

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-421-406

**Effective Date of Registration:**
September 12, 2024
**Registration Decision Date:**
November 07, 2024

---

## Title

**Title of Work:** Winterland Truck

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** October 01, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Jean Ann Plout
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Jean Ann Plout
N5859 County Road T, Princeton, WI, 54968, United States

## Rights and Permissions

**Organization Name:** Art Licensing International, Inc.
**Address:** P.O. Box 2568
Manchester Centre, VT 05255 United States

## Certification

**Name:** David Denholm
**Date:** September 12, 2024
**Applicant's Tracking Number:** JP2024091239

Page 1 of 2

